UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————X

MARVIN ODUMS,

                Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF BUILDINGS;
NEW YORK CITY HOUSING PRESERVATION &
DEVELOPMENT; NEW YORK CITY DEPARTMENT
OF PUBLIC ADMINISTRATION; NEW YORK CITY
DEPARTMENT OF HEALTH; NEW YORK CITY
DEPARTMENT OF FINANCE; NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION; THE CITY OF NEW YORK;
THE STATE OF NEW YORK; THE PEOPLE OF NEW
YORK; NEW YORK DEPARTMENT OF
SANITATION; THE LAW FIRM OF ROSICKI,
ROSICKI & ASSOCIATES; JUDGE MARSHA
STEINHART, New York Supreme Court; PATRICIA
SCIPIO-BRIM, Esq.; NYCTL-1996 TRUST,

                Defendants.
————————————————————————X

**MEMORANDUM AND ORDER**

06-CV-6684 (NG)(LB)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y:
★ APR 19 2007 ★
P.M. _____
TIME A.M. _____

**GERSHON, United States District Judge:**

On January 10, 2007, counsel for the New York City defendants (the "City Defendants"), filed a request for a pre-motion conference ("Motion" or "Mot.") to discuss the City Defendants' intention to move to dismiss the complaint.[1] No premotion conference is required in this *pro se* case.

---

[1] The Motion identifies the City Defendants as the City of New York, the Department of Buildings, the Department of Housing Preservation and Development, the Department of Public Administration, the Department of Health and Mental Hygiene, the Department of Finance, and the Department of Environmental Protection. Mot. at 1. The Motion does not identify the Department of Sanitation ("DOS") as a City Defendant, even though plaintiff has named this municipal agency as a defendant. The Court notes that counsel for the City Defendants may have inadvertently omitted the DOS from the list of City Defendants. In any event, for purposes of this Order, "City Defendants" shall refer to the aforementioned municipal agencies in addition to the DOS.

Accordingly, the briefing schedule for the City Defendants' motion to dismiss is as follows: the City Defendants shall serve their motion by May 15, 2007; Mr. Odums shall serve his response, if any, by June 15, 2007; the City Defendants shall serve their reply, if any, by June 30, 2007.

SO ORDERED.

s/ NG

NINA GERSHON
United States District Judge

Dated: Brooklyn, New York
April 18, 2007