DSF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ DEC 10 2008
BROOKLYN OFFICE

----------X

MARVIN ODUMS,

          Plaintiff,

    -against-

THE LAW FIRM OF ROSICKI,
ROSICKI & ASSOCIATES; PATRICIA
SCIPIO-BRIM, Esq.; and NYCTL-1996 TRUST,

          Defendants.

ORDER

06-CV-6684 (NG)(LB)

----------X

**GERSHON, United States District Judge:**

Having received no objections to Magistrate Judge Bloom's November 5, 2008 Report and Recommendation recommending dismissal of the instant action, the court hereby adopts Judge Bloom's Report and Recommendation and dismisses plaintiff's case pursuant to Fed. R. Civ. P. 16(f) and 37(b)(2)(A)(v).

SO ORDERED.

s/NG

NINA GERSHON
United States District Judge

Dated: Brooklyn, New York
       December ⌐, 2008